# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JEANETTE SOLIS *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-529-RWS-KPJ |
| § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is a Joint Stipulation of Dismissal. Docket No. 16. Therein, Plaintiffs Stephanie Carter, Keisha Garner, Sabreen Johnson, Lauren Robinson Taylor, Carolina Bands, Derrick Cartwright, Marina Franco, Michael Adams, Amit Rana, and Courtney Rivers and Defendant Experian Information Solutions, Inc. ("Experian") stipulate that all claims between them shall be dismissed with prejudice. *See id.*

As for Plaintiffs Jeanette Solis, Brandi Beaman, Michaell Fantroy, and Jason Polk, they stipulate with Experian that all claims between them shall be dismissed without prejudice. *See id.*

For clarity, the aforementioned parties shall collectively be referred to as the "Settling Parties," as Plaintiffs Jason Barrow and David Cantong's claims against Experian remain live before the Court. *See id.*

Pursuant to the parties' filing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the claims between Plaintiffs Stephanie Carter, Keisha Garner, Sabreen Johnson, Lauren Robinson Taylor, Carolina Bands, Derrick Cartwright, Marina Franco, Michael

Adams, Amit Rana, Courtney Rivers and Experian in the above-titled action be **DISMISSED WITH PREJUDICE**.

**ORDERED** that the claims between Plaintiffs Jeanette Solis, Brandi Beaman, Michaell Fantroy, Jason Polk, and Experian in the above-titled action be **DISMISSED WITHOUT PREJUDICE**.

Each of the Settling Parties shall bear its own costs. All relief not previously granted to the Settling Parties is hereby **DENIED AS MOOT**.

It is so **ORDERED**.

**SIGNED this 10th day of September, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE