UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SOLIS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 8:22-cv-00102-CJC-KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date: June 13, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Complaint filed: July 18, 2019 |

Upon consideration of the Plaintiffs' Motion for Leave to Amend the Complaint, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs David Cantong and Jason Barrow are granted leave to amend to file their Amended Class Action Complaint, a copy of which is attached to the Motion for Leave to Amend Complaint as an Exhibit (Dkt. 39-1).

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the Amended Class Action Complaint is filed.

**IT IS FURTHER ORDERED** that the Amended Class Action Complaint is deemed filed as of the date this Order is transmitted via the CM/ECF system.

**IT IS SO ORDERED.**

Dated: _____  _____
United States District Judge